UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
Shirley Viverette

Debtor(s)

BK No.: 17-04355

Chapter: 13

Honorable LaShonda A. Hunt

SELECT IF OUTLYING AREA

## ORDER PERMITTING THE DEBTOR TO INCUR DEBT

THIS MATTER coming to be heard on the Motion of the Debtor to Incur Debt

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor is permitted to refinance her property located at 1614 N. Central Ave, Chicago, IL 60639 with a total financed amount not to exceed $101,750.00, monthly payments not to exceed $934.00, and interest not to exceed 4.25%.

2. The Debtor shall tender sufficient funds to the Trustee to pay off case within 15 days of refinance.

Enter: /s/ LaShonda A. Hunt

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: June 7, 2019

**Prepared by:**
Law Office of Jason Blust
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606

Rev: 20170105_bko