**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Shirley Viverette** ) | |
| ) | **Case No:  17 B 04355** |
| ) | **Judge:     Hunt** |
| ) | **Chapter  13** |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Shirley Viverette, 1614 N. Central Ave, Chicago, IL 60639
**Creditor:** Ocwen Loan Servicing LLC, P.O. Box 24736, West Palm Beach, FL 33416.
**Creditor's Attorney:** Codilis & Associates, 15W030 North Frontage Rd, Suite 100, Burr Ridge, IL 60527
**See Attached Service List**

PLEASE TAKE NOTICE that on July 22, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Hunt, or any other Bankruptcy Judge presiding in her place in Courtroom 719 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before June 26, 2019.

/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-04355<br>Northern District of Illinois<br>Eastern Division<br>Fri Jun 21 17:33:49 CDT 2019 | Deutsche Bank National Trust Company, as Tru<br>Codilis and Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Ocwen Loan Servicing, LLC as servicer for De<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Acceptance Now<br>5501 Headquarters Dr.<br>Plano, TX 75024-5837 | American InfoSource<br>as agent for T Mobile<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | (p)CAINE & WEINER COMPANY<br>12005 FORD ROAD 300<br>DALLAS TX 75234-7262 | Capital One<br>c/o Portfolio Recovery Assoc.<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | CitiFinancial Mortgage Company Inc<br>4050 Regent<br>Irving, TX 75063-2246 | CitiFinancial Servicing LLC<br>PO Box 6043<br>Sioux Falls, SD 57117-6043 |
| Codilis & Associates, P.C.<br>Bankruptcy Department<br>15W030 North Frontage Rd., Ste. 100<br>Burr Ridge, IL 60527-6921 | Comenity Bank/Avenue<br>PO BOX 182125<br>Columbus, OH 43218-2125 | Comenity Bank/jssclndn<br>PO BOX 182789<br>Columbus, OH 43218-2789 |
| Diamond Window Company<br>5030 W Lawrence Ave.<br>Chicago, IL 60630-3822 | Diamond Window Company<br>c/o Allan Levin<br>221 S. LaSalle, Ste. 2036<br>Chicago, IL 60601 | First Premier Bank<br>PO Box 2208<br>Vacaville, CA 95696-8208 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | IL Bell Telephone Company<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Lou Harris<br>613 Academy Dr<br>Northbrook, IL 60062-2420 |
| Ocwen Loan Servicing, LLC<br>1661 Worthington Rd., Ste. 100<br>West Palm Beach, FL 33409-6493 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sherman & Purcell<br>120 S. LaSalle St.<br>#1460<br>Chicago, IL 60603-3575 | Syncb/Carcare One<br>PO BOX 965036<br>Orlando, FL 32896-5036 |
| The Outsource Group<br>3 Cityplace Dr.<br>Saint Louis, MO 63141-7089 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Angelica Harb<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Dr., Ste. 300<br>Chicago, IL 60606-1390 |

```
Jason Blust                         Marilyn O Marshall                    Patrick S Layng
Law Office of Jason Blust, LLC      224 South Michigan Ste 800            Office of the U.S. Trustee, Region 11
211 W. Wacker Drive                 Chicago, IL 60604-2503                219 S Dearborn St
Ste. 300                                                                  Room 873
Chicago, IL 60606-1390                                                    Chicago, IL 60604-2027


Shirley W Viverette
1614 N. Central Ave.
Chicago, IL 60639-4115
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Caine & Weiner                      Ford Motor Credit Company LLC         (d)Ford Motor Credit Corporation
PO Box 5010                         PO Box 62180                          Ford Credit National Bankruptcy Ctr
Woodland Hills, CA 91365            Colorado Springs, CO 80962            Po Box 537901
                                                                          Livonia, MI 48153


Portfolio Recovery Associates       (d)Portfolio Recovery Associates, LLC  (d)Portfolio Recovery Associates, LLC
PO Box 41067                        Successor to CAPITAL ONE, N.A.         Successor to SYNCHRONY BANK
Norfolk, VA 23541                   (CAPITAL ONE)                          (CAR CARE ONE)
                                    POB 41067                              POB 41067
                                    Norfolk, VA 23541                      Norfolk, VA 23541


Toyota Motor Credit
PO BOX 8026
Cedar Rapids, IA 52408
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)FORD MOTOR CREDIT COMPANY LLC    (d)Cavalry Investments, LLC            End of Label Matrix
                                    500 Summit Lake Drive, Ste. 400        Mailable recipients    33
                                    Valhalla, NY 10595-2321                Bypassed recipients     2
                                                                           Total                  35
```

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: Shirley Viverette** ) | |
| ) | **Case No: 17 B 04355** |
| ) | **Judge:    Hunt** |
| ) | **Chapter  13** |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

Now comes Shirley Viverette(hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On February 15, 2017, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on June 26, 2017.  The confirmed plan called for payments of $620.00 per month for 2 months, and payments of $640.00 per month for 58 months, paying unsecured creditors not less than 100% on their claims.

3. Section E5(a) of the confirmed plan currently provides for $6,500.00 in pre-petition arrears to be paid to Ocwen Loan Servicing, LLC.

4. On June 7, 2019, this Honorable Court granted the Debtor' Motion to Incur Debt to refinance her property located at 1614 N. Central Ave, Chicago, IL 60639.

5. The Debtor is scheduled to close with Nations Lending on June 27, 2019. Nations Lending Corporation will be paying the remaining balance owed to Ocwen Loan Servicing, LLC.

6. Debtor is requesting that the Trustee no longer pay the pre-petition arrears owed to Ocwen Loan Servicing, LLC.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Modifying the Chapter 13 Plan to remove the set payments to Ocwen Loan Servicing, LLC in Section E5(a).
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001